IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| :PETER-Q. :EVARISTO, :ELIZABETH-B. :EVARISTO, :DAVID-WYNN. :MILLER. :PLENIPOTENTIARY-JUDGE (WITNESSING), | |
| Plaintiffs, | No. C 11-03140 WHA |
| v. | |
| WORLD SAVINGS BANK, FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, KEVIN A. HARRIS [BAR 3201132] [ATTORNEY FOR WELLS FARGO BANK], WELLS FARGO BANK, N.A., | **ORDER DISMISSING CASE** |
| Defendants. / | |

The complaint is utterly incomprehensible and without any redeeming feature. This action is hereby **DISMISSED** for lack of subject-matter jurisdiction, for want of prosecution, and for failure to appear at the regularly scheduled case management conference on December 21, 2011, at 11:00 a.m.  The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE